```
 1  JAMES B. WICKERSHAM, #58627
    MICHELLE R. FERBER, #149929
 2  FERBER LAW, A Professional Corporation
    2603 Camino Ramon, Suite 385
 3  San Ramon, California 94583
    (925) 355-9800
 4  (925) 355-9801  FAX
    jwickersham@danvillelaw.com
 5  mferber@danvillelaw.com

 6  Attorneys for Defendant
    Marseilles, L.L.C.
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 15-cv-05418-JCS |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT B.L. & L. CORPORATION, DBA CARPET ONE SAN RAMON; [PROPOSED] ORDER** |
| vs. | |
| **Marseilles, L.L.C.**, a Nevada Limited Liability Company; **B.L. & L. Corporation**, a California Corporation; and Does 1-10, | [Civil Local Rule 11.5] |
| | Complaint Filed: November 25, 2015 |
| Defendants. | Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant B.L. & L. Corporation, dba Carpet One San Ramon, substitutes Norine Marsi Busser, Esq., of the Law Offices of Melissa M. Ballard as its attorney in this matter.

**WITHDRAWING ATTORNEYS**

JAMES B. WICKERSHAM, #58627
MICHELLE R. FERBER, #149929
FERBER LAW, A Professional Corporation
2603 Camino Ramon, Suite 385
San Ramon, California 94583
(925) 355-9800
(925) 355-9801  FAX
jwickersham@danvillelaw.com
mferber@danvillelaw.com

///

## SUPERSEDING ATTORNEYS

NORINE MARSI BUSSER, #143363
LAW OFFICES OF MELISSA M. BALLARD
P.O. Box 2282
Brea, California  92822
(714) 371-2310
(877) 369-5799 FAX
norine.busser@thehartford.com

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not unduly delay the proceedings in this matter.

B.L. & L. CORPORATION, DBA CARPET ONE SAN RAMON

Dated: January 20, 2016

_____
ANTHONY J. LEONARD, President

Dated: January ___, 2016

Substituting Attorneys:

_____
NORINE MARSI BUSSER
LAW OFFICES OF MELISSA M. BALLARD

Dated: January 20, 2016

Withdrawing Attorneys:

_____
JAMES B. WICKERSHAM
FERBER LAW, A PROFESSIONAL CORPORATION

## ORDER

IT IS SO ORDERED.

Dated: January 25, 2016

_____
UNITED STATES DISTRICT COURT
JUDGE/UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Case No. 15-cv-05418-JCS                                    2
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT B.L. & L. CORPORATION, DBA
CARPET ONE SAN RAMON; [PROPOSED] ORDER

(PROOF OF SERVICE)

STATE OF CALIFORNIA )
COUNTY OF ORANGE )

I am a citizen of the United States and am employed in the county identified above. I am over the age of eighteen years and not a party to this action. My business address is: 1551 N. Tustin Ave., Suite 830, Santa Ana, CA 92705.

On January 22, 2016, I served SUBSTITUTION OF ATTORNEY on the interested parties in this action by placing a true copy for each recipient in a sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

__X__ BY MAIL (CCP §§ 1013a, et seq.): I am "readily familiar" with the firms' practice of collecting and processing correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, with fully prepaid postage at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

___ PERSONAL SERVICE (CCP §§ 1011, et seq.): I personally delivered by hand the envelope to the office of each addressee.

___ BY FACSIMILE (CCP § 1013(e), et seq.): I faxed each listed document to each addressee's fax number.

___ BY OVERNIGHT MAIL (CCP §§ 1013(c)(d), et seq.): I deposited each listed document with an express service carrier in a sealed envelope with fees and postage prepaid for overnight delivery.

___ BY REGISTERED MAIL (CCP § 1020, et seq.): I deposited each listed document with the United States Mail in a sealed envelope with postage prepaid with a return receipt requested to be signed by the addressee that the documents were received.

___ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ FEDERAL: I declare that I am employed in the office of member of the bar of this court at whose direction the service was made.

Executed on January 22, 2016, at Santa Ana, California.

*Susan S. Reynolds*

_____
SUSAN S REYNOLDS

1

1  Phyl Grace, Esq.,
2  Center for Disability Access
   Mailing: PO Box 262490, San Diego, CA  92196
3  Delivery: 9845 Erma Rd., #300
   San Diego, CA 92131
4  858.375.7385/Fax: 888.422.5191
   Email: phylg@potterhandy.com
5  Attorneys for Plaintiff, SCOTT JOHNSON

6  James Britten Wickersham
   Frankel Goldware Ferber LLP
7  2603 Camino Ramon
   Suite 385
8  San Ramon, CA 94583
9  925-355-9800
   Fax: 925-355-9801
10 Email: jwickersham@danvillelaw.com
   Attorneys for Defendant, B.L. & L. Corporation dba Carpet One of San Ramon
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28