JAMES B. WICKERSHAM, #58627
MICHELLE R. FERBER, #149929
FERBER LAW, A Professional Corporation
2603 Camino Ramon, Suite 385
San Ramon, California 94583
(925) 355-9800
(925) 355-9801 FAX
jwickersham@danvillelaw.com
mferber@danvillelaw.com

Attorneys for Defendant
Marseilles, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MARSEILLES, L.L.C., a NEVADA LIMITED LIABILITY COMPANY; B.L. & L. CORPORATION, a CALIFORNIA CORPORATION; and DOES 1-10,<br><br>    Defendants. | Case No. 15-cv-05418-JCS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MARSEILLES, L.L.C.; ORDER**<br><br>[Civil Local Rule 11.5]<br><br>Complaint Filed: November 25, 2015<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Marseilles, L.L.C., substitutes Norine Marsi Busser, Esq., of the Law Offices of Melissa M. Ballard as its attorney in this matter.

**WITHDRAWING ATTORNEYS**

JAMES B. WICKERSHAM, #58627
MICHELLE R. FERBER, #149929
FERBER LAW, A Professional Corporation
2603 Camino Ramon, Suite 385
San Ramon, California 94583
(925) 355-9800
(925) 355-9801 FAX
jwickersham@danvillelaw.com
mferber@danvillelaw.com

///

## SUPERSEDING ATTORNEYS

NORINE MARSI BUSSER, #143363
LAW OFFICES OF MELISSA M. BALLARD
P.O. Box 2282
Brea, California 92822
(714) 371-2310
(877) 369-5799 FAX
norine.busser@thehartford.com

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not unduly delay the proceedings in this matter.

MARSEILLES, L.L.C.

Dated: 3/10/2016

*James W. Silva*
JAMES SILVA, CO-TRUSTEE

Dated: 3/22/16

Substituting Attorneys:

NORINE MARSI BUSSER
LAW OFFICES OF MELISSA M. BALLARD

Dated: 3-14-16

Withdrawing Attorneys:

JAMES B. WICKERSHAM
FERBER LAW, a Professional Corporation

## ORDER

IT IS SO ORDERED.

Dated: 03/28/16

Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

(CERTIFICATE OF SERVICE)

The undersigned hereby certify that all counsel of record who have consented to electronic service were served with a copy of the following document via the Central District of California CM/ECF system on <u>March 22, 2016</u>. I am a citizen of the United States and am employed in the county aforesaid. I am over the age of eighteen years and not a party to the within entitled action. My business address is: 1551 N. Tustin Ave., Suite 830, Santa Ana, CA 92705.

On <u>March 22, 2016</u>, I served the within SUBSTITUTION OF ATTORNEY on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

SEE ATTACHED SERVICE LIST

(X) (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Ana, California.

(X) (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on <u>March 22, 2016</u>, at Santa Ana, California.

/s/ *Susan S. Reynolds*
SUSAN S. REYNOLDS

1

NOTICE OF RELATED CASES

Johnson v. Marceilles, et al.
Case No.: 3:15-CV-05418--JCS

Phyl Grace, Esq.,
Center for Disability Access
Mailing: PO Box 262490, San Diego, CA  92196
Delivery: 9845 Erma Rd., #300
San Diego, CA 92131
858.375.7385/Fax: 888.422.5191
Email: phylg@potterhandy.com
Attorneys for Plaintiff, SCOTT JOHNSON

James Britten Wickersham
Frankel Goldware Ferber LLP
2603 Camino Ramon,  Suite 385
San Ramon, CA 94583
925-355-9800
Fax: 925-355-9801
Email: jwickersham@danvillelaw.com
Attorneys for Defendant, B.L. & L. Corporation dba Carpet One of San Ramon and Marceilles, LLC

NOTICE OF RELATED CASES